**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ROBERT WAGNER, | : No. 98 MM 2019 |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DAVID F. GOULD III, ESQUIRE, GOULD | : |
| LAW ASSOCIATES, PC, ET. AL., | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2019, the "Motion for Leave to File Petition for Allowance of Appeal One Day Late (Nunc Pro Tunc)" is DENIED.